Argued and submitted December 4, reversed and remanded December 27, 2000

In the Matter of the Marriage of

Donna J. PARKS,
*Appellant,*
*and*

Vernon L. PARKS,
*Respondent.*

(15-87-03529; CA A108368)

15 P3d 1263

Kent Hickam argued the cause and filed the brief for appellant.

No appearance for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Reversed and remanded. ORS 23.185; ORS 23.170(3)(b); *Hobson v. Hobson,* 136 Or App 516, 901 P2d 914 (1995).